UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )   Magistrate Docket No.
            Plaintiff,    )
                          )   '07 MJ 2345
        v.                )
                          )   COMPLAINT FOR VIOLATION OF
Miguel ESPINO-Valverde,   )
                          )   Title 8, U.S.C., Section 1326
                          )   Deported Alien Found in the
                          )   United States
            Defendant     )
                          )

07 OCT -1 AM 10: 47

The undersigned complainant, being duly sworn, states:

On or about **September 29, 2007** within the Southern District of California, defendant, **Miguel ESPINO-Valverde**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Terri L. Dimolios
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF **OCTOBER, 2007**

_____
Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Miguel ESPINO-Valverde

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On September 29, 2007, at approximately 12:35 A.M., Border Patrol Agent Zuniga, was performing local transport duties in the Imperial Beach Border Patrol Station's area of operation. At this time a citizen's report of a possible undocumented immigrant in the area of Saturn Boulevard and Leon Street (which is located approximately three miles west of the San Ysidro, California Port of Entry and approximately half a mile north of the United States/Mexico International Boundary Fence) was relayed via service radio. Agent Zuniga then responded to the mentioned location and observed an individual walking northbound on Saturn Boulevard towards Leon Street. The individual was heavily clothed and carrying a backpack. Upon arrival, Agent Zuniga identified himself as a United States Border Patrol Agent and casually asked the subject, later identified as the defendant **Miguel ESPINO-Valverde** where he was coming from and had no response. Agent Zuniga then questioned the subject in the Spanish language. At this point the defendant seemed to understand Agent Zuniga, and responded, "I am coming from Tijuana, Mexico." Due to the time of day, and the fact that this area is commonly used by undocumented immigrants to further their illegal entry into the United States, Agent Zuniga conducted an immigration inspection. The defendant admitted to being a citizen and national of Mexico, and that he was not in possession of any immigration documents that would allow him to legally enter or remain in the United States. Agent Zuniga then arrested the defendant and transported him to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on November 30, 2006** through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted to being a citizen and national of Mexico and that he was present in the United States without being in possession of any immigration documents that would allow him to enter or remain in the United States.

**Executed on September 30, 2007 at 9:30 A.M**

_____
Raul Castorena
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on September 29, 2007 in violation of Title 8, United States Code, Section 1326.

_____
Ruben B. Brooks
United States Magistrate Judge

9/30/2007 at 11:58 a.m.
Date/Time