1  **ANDREW K. NIETOR**
California Bar No. 208784
2  110 West C Street, Suite 707
3  San Diego, California  92101
Telephone:  (619) 794-2386
4

5  Attorney for Defendant Miguel Espino
6

7                    UNITED STATES DISTRICT COURT

8                    SOUTHERN DISTRICT OF CALIFORNIA

9                    **(HONORABLE ROGER T. BENITEZ)**
10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07cr3274-BEN |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MIGUEL ESPINO-VALVERDE, ) | |
| ) | JOINT MOTION TO CONTINUE |
| Defendant. ) | SENTENCING HEARING |

The parties in the above-captioned case request that the sentencing hearing, currently set for January 7, 2008 at 9:00 a.m. be continued until January 28, 2008 at 9:00 a.m. The parties have not received the criminal history report from U.S. Probation.

                                    Respectfully submitted,

                                     /s/ Andrew Nietor
Dated:  January 3, 2008              ANDREW NIETOR
                                     Attorney for Defendant Espino

                                     /s/ Mark Conover
Dated: December 27, 2007             MARK CONOVER
                                     Assistant United States Attorney