UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3274-BEN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MIGUEL ESPINO-VALVERDE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | PROOF OF SERVICE |
| _____ | ) | _____ |

   I, the undersigned, declare:

   That I served the within Joint Motion to Continue to the United States Attorney's Office and U.S. Probation through this district's CM/ECF system.

   I certify that the foregoing is true and correct. Executed on January 3, 2008 at San Diego, California.

                                          /s/ Andrew Nietor
                                         ANDREW K. NIETOR